COMMISSIONER OF INTERNAL REVE-NUE, Petitioner, v. The NATIONAL STOCK YARDS NATIONAL BANK OF NATIONAL CITY, Respondent.

No. 6731.

Circuit Court of Appeals, Seventh Circuit.

July 29, 1938.

Before SPARKS and TREANOR, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, and upon consideration of the certificate of the Clerk of the United States Board of Tax Appeals, it is now here ordered and adjudged that this cause be docketed in this court and that the petition of the Commissioner of Internal Revenue for review of a decision of the United States Board of Tax Appeals entered on April 9, 1936, be, and the same is hereby, dismissed.

COMMISSIONER OF INTERNAL REVE-NUE, Petitioner, v. Allen T. WEST.

No. 11258.

Circuit Court of Appeals, Eighth Circuit.

July 20, 1938.

James W. Morris, Asst. Atty. Gen., for petitioner.

S. Mayner Wallace, of St. Louis, Mo., for respondent.

PER CURIAM.

Cause docketed and petition for review dismissed without costs to either party in this court pursuant to stipulation of parties.

Margaret D. CROLL, Petitioner, v. COM-MISSIONER OF INTERNAL REVE-NUE, Respondent.

COMMISSIONER OF INTERNAL REVE-NUE, Petitioner, v. James S. CROLL, Respondent. (Consolidated Cases.)

Nos. 111–139.

Circuit Court of Appeals, Second Circuit.

March 20, 1939.

Before SWAN and AUGUSTUS N. HAND, Circuit Judges, and PATTER-SON, District Judge.

Clarence W. Nutt, and Hayward, Jones, Nutt & Murray, all of New York City, and Rolland L. Nutt, of Washington, D. C., for Margaret D. Croll and James S. Croll.

James W. Morris, Asst. Atty. Gen., and Sewall Key and Lee A. Jackson, Sp. Assts. to Atty. Gen., for the Commissioner.

PER CURIAM.

Decision affirmed.

The CUDAHY PACKING COMPANY, a Corporation, Plaintiff-Appellant, v. Carter H. HARRISON, Collector of Internal Revenue, Defendant-Appellee.

No. 6585.

Circuit Court of Appeals, Seventh Circuit.

Feb. 21, 1939.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for appellant, counsel for appellee consenting thereto, it is ordered, adjudged and decreed by this court that this appeal, 18 F.Supp. 250, be, and the same is hereby, dismissed.